IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

NATIONAL ELEVATOR INSPECTION
SERVICES, INC.                                                                                              PLAINTIFF

v.                      Case No. 4:13-cv-00237-KGB

THOMAS SHARP, WAYNE L. INGRAM
and ATIS ELEVATOR INSPECTIONS, LLC.                                          DEFENDANTS

## ORDER

Plaintiff National Elevator Inspection Services, Inc., filed a notice of dismissal without prejudice (Dkt. No. 6). Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, National Elevator Inspection Services, Inc., has a right to dismiss voluntarily its claims against defendants. For good cause shown, National Elevator Inspection Services, Inc.'s claims are dismissed without prejudice. Defendants' motion to dismiss is hereby denied as moot (Dkt. No. 4).

IT IS SO ORDERED this 21st day of May, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE